**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MORGAN COHEN, et al, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CHESTER, et al., | : | |
| Defendants. | : | No. 15-5285 |

## ORDER

AND NOW, on **August 20, 2021**, in accordance with the Findings of Fact and

Conclusions of Law in my accompanying Memorandum Opinion, it is ORDERED that:

1. Judgment is entered in favor of Plaintiff Morgan Cohen against Defendant Chester
   County;

2. Defendant Chester County shall compensate Ms. Cohen $200,000; by **September 20,**
   **2021**.

3. Judgment is entered in favor of the Commonwealth of Pennsylvania.

BY THE COURT:

_____*/s/ Timothy R. Rice*_____

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE